UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MAINE MEDICAL CENTER, et al., )
)
    Plaintiffs, )
)
v. ) Civil No. 2:13-cv-00309-NT
)
KATHLEEN SEBELIUS, *Secretary, U.S.* )
*Department of Health and Human Services,* )
    Defendant. )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 10, 2014, his Recommended Decision (ECF No. 26). The Plaintiffs filed their Objection to the Recommended Decision (ECF No. 32) on August 29, 2014. The Defendant also filed her Objection to the Recommended Decision (ECF No. 33) on August 29, 2014. The Plaintiffs filed their Response to the Defendant's objections (ECF No. 36) on September 12, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

1. It is further <u>ORDERED</u> that the Plaintiffs' motion for judgment be <u>GRANTED</u> as to the cost reports for which the Provider Reimbursement Review Board found that the notices provided to specific Plaintiffs were inadequate and as to the cost reports for providers and years covered by written settlement agreements entered into by individual providers and the Fiscal Intermediary, and otherwise <u>DENIED</u>.

2. It is further <u>ORDERED</u> that the Defendant's motion for judgment be <u>GRANTED</u> as to all other Plaintiffs and cost years included in the Defendant's decision under review in this case, and otherwise DENIED.

<u>SO ORDERED</u>.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2014.