UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MAINE MEDICAL CENTER, et al.,<br>Plaintiffs | )<br>)<br>) |
| v. | )   CIVIL NO. 2:13-cv-309-NT<br>) |
| KATHLEEN SEBELIUS,<br>Defendant | )<br>)<br>) |

## **JUDGMENT**

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge, issued by U.S. Chief District Judge Nancy Torresen on September 24, 2015, Judgment is hereby entered for the Plaintiffs, Maine Medical Center, Central Maine Medical Center, Mid Coast Hospital, Eastern Maine Medical Center, Mercy Hospital, Northern Maine Medical Center, Southern Maine Medical Center and Maine General Medical Center as to the cost reports for which the Provider Reimbursement Review Board found that the notices provided to specific plaintiffs were inadequate and as to the cost reports for providers and years covered by written settlement agreements entered into by individual providers and the Fiscal Intermediary. Judgment is hereby entered for the Defendant, Kathleen Sebelius, as to all other plaintiffs and cost years included in her decision that is under review in this proceeding.

           Christa K. Berry
           Clerk of Court

      By:   /s/ Melody Whitten
           Melody Whitten
           Deputy Clerk

Dated: September 24, 2015