# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MAINE MEDICAL CENTER, et al.,<br>Plaintiffs<br><br>v.<br><br>KATHLEEN SEBELIUS,<br>Defendant | CIVIL NO. 2:13-cv-309-NT |

## AMENDED JUDGMENT

In accordance with the Mandate of the United States Court of Appeals for the First Circuit, issued on December 20, 2016, Judgment is hereby entered for the Defendant, Kathleen Sebelius, against the Plaintiffs, Maine Medical Center, Central Maine Medical Center, Mid Coast Hospital, Eastern Maine Medical Center, Mercy Hospital, Northern Maine Medical Center, Southern Maine Medical Center and Maine General Medical Center.

                                                                                    Christa K. Berry
                                                                                   Clerk of Court


By:      /s/ Melody Whitten
            Melody Whitten
            Deputy Clerk

Dated: December 21, 2016